FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 NOV 21 PM 3:01

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Maria Araceli Calleja , Plaintiff

v.

Food Bank of the Rockies,
CEO, Erin Pulling,
VP of HR, Lorena Toland,
Controller, Janey Briggs
, Defendant(s).

**Jury Trial requested:**
(please check one)
✓ Yes ___ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**A.   PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Maria Araceli P. Calleja   [10250 Prairie Meadow Circle, Apt. #208, Parker CO 80134]
(Name and complete mailing address)

720-919-6386 , mariellecalleja2016@gmail.com
(Telephone number and e-mail address)

**B.   DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Food Bank of the Rockies   10700 E. 45th Avenue, Denver CO 80239
(Name and complete mailing address)

(303) 371-9250
(Telephone number and e-mail address if known)

Erin Pulling / epulling@foodbankrockies.org
CEO

Defendant 2: Lorena Toland / ltoland@foodbankrockies.org
(Name and complete mailing address)
VP of HR

(Telephone number and e-mail address if known) / jbriggs@foodbankrockies.org

Janey Briggs, Controller

**C.   JURISDICTION**

Identify the statutory authority that allows the court to consider your claim(s): *(check all that apply)*

☑ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

☑ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

☑ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

___ Other: *(please specify)* Retaliation for exercising

2   wage transparency act

## D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: __FOOD BANK OF THE ROCKIES__
__LORENA TOLAND, VP OF HR__

The conduct complained of in this claim involves the following: (*check all that apply*)

- ___ failure to hire
- ✓ different terms and conditions of employment
- ✓ failure to promote
- ✓ failure to accommodate disability
- ✓ termination of employment
- ✓ retaliation
- ___ other: (*please specify*) __Marked me as not eligible for rehire__

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

- ___ race
- ___ religion
- ___ national origin
- ✓ age
- ___ color
- ___ sex
- ✓ disability

Supporting facts: wage transparency act, informed VP of HR, CFO and controller of pay inequity

→ they told me to leave the same day, responses from food bank of the Rockies are all FALSE.

CLAIM TWO: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

___ failure to hire            ___ different terms and conditions of employment

✓ failure to promote           ✓ failure to accommodate disability

✓ termination of employment    ___ retaliation

___ other: (*please specify*) I was discriminated against based on my protected class and/or retaliation for engaging in protected activity and on wage transparency act. and retaliated.

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

___ race            ___ religion        ___ national origin    ___ age

___ color           ___ sex             ___ disability

Supporting facts:

### E.   ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

    ___ Yes (***You must attach a copy of the administrative charge to this complaint***)

    ___ No

Have you received a notice of right to sue? (*check one*)

    ___ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

    ___ No

### F.   REQUEST FOR RELIEF
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

### G.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

11/21/2022
_____
(Date)

(Revised December 2017)

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Date: _____          _____
                                       (Plaintiff's Original Signature)

                                       _____
                                       (Street Address)

                                       _____
                                       (City, State, ZIP)

                                       _____
                                       (Telephone Number)

(Rev. 07/06)                           6