IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:41 am, Jan 03, 2023
JEFFREY P. COLWELL, CLERK

Civil Action No.   22-cv-03030-GPG
(To be supplied by the court)

Maria Araceli Calleja
_____, Plaintiff

v.

**Jury Trial requested:**
(please check one)
___ Yes ___ No

Food Bank of the Rockies
_____,

President & CEO, Erin Pulling
_____,

VP of HR (current title Chief People Officer), Lorena Toland
_____,

Controller, Janey Griggs
_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

**EMPLOYMENT DISCRIMINATION COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A.   **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

**Maria Araceli Calleja, 10250 Prairie Meadow Circle #208 Parker CO 80134**

   (Name and complete mailing address)

720-919-6386, maricellecalleja2016@gmail.com
   (Telephone number and e-mail address)

B.   **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

   Defendant 1:   Food Bank of the Rockies, 10700 E. 45th Avenue Denver CO 80239
            (Name and complete mailing address)

            303-371-9250
            (Telephone number and e-mail address if known)

   Defendant 2:     President & CEO Erin Pulling, 10700 E. 45th Avenue Denver CO 80239
            (Name and complete mailing address)

             Direct: 303-371-9250, Cell: 720-219-5239, epulling@foodbankrockies.org
            (Telephone number and e-mail address if known)

C.   **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

____   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

_X_   Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

_X_   Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

_X_   Other: (*please specify*)   Colorado Wage Transparency Act

2

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  Presenting a fake performance written counsel document included in response to my unemployment claim and Colorado Wage Transparency Act retaliation claim.

The conduct complained of in this claim involves the following: (*check all that apply*)

    ____ failure to hire      _X_ different terms and conditions of employment

    _X_ failure to promote      _X_ failure to accommodate disability

    _X_ termination of employment      _X_ retaliation

    ____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

    ____ race      ____ religion      ____ national origin      _X_ age

    ____ color      ____ sex      _X_ disability

Supporting facts:

Performance written counsel document is a fake document. This document was never presented to me and meeting between my manager, Lorena Toland and myself never occurred prior to my last day worked. This document also shows that I refused to sign initialed and dated – how could I have refused to sign when a meeting never occurred and I had never seen or held this document? I have consistently provided updates to trusted colleagues, friends and my Job Coach assigned by my State of Colorado Division of Vocational Rehabilitation Counselor. My emails, text messages and consultations with an attorney will show that I had not communicated any Written Counsel meeting and this document presented to me during my employment at Food Bank of The Rockies.

### E.  ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

    _X_  Yes  (***You must attach a copy of the administrative charge to this complaint***)

    ___  No

Have you received a notice of right to sue? (*check one*)

    ___  Yes  (***You must attach a copy of the notice of right to sue to this complaint***)

    _X_  No

### F.  REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

I would like to consult with the pro se clinic regarding relief. I am waiting for them to contact me.

### G.  PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,

will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

    Maria Araceli Calleja
(Plaintiff's signature)

December 30, 2022

(Date)

(Revised February 2022)