Civil action number  22-cv-03030-GPG

B. Defendant information

3. Janey Griggs

Controller, jgriggs@foodbankrockies.org

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:01 am, Jan 03, 2023
JEFFREY P. COLWELL, CLERK

D. Statement of Claims

Claim 2: Disability discrimination

Though the administrative employees in our building floor either worked hybrid due to Covid 19 or remote, Lorena T. required me to work in person in my first 90 days. This is even after there was a Covid exposure onsite that I only found out after the employees working in the department in the same building were not onsite

On my 2nd week of work, I disclosed to Lorena Toland my high risk conditions to covid 19 and eventually disclosed my disability. Her gaslighting towards my performance and health conditions including disability worsened. I then emailed her a reasonable accommodation request and she met with my DVR Rehabilitation Counselor. This did not stop her gaslighting towards me.

My Employment Specialist at Community Reach Center can attest to my working late hours as I had my phone check-ins with her especially from January 2021 – middle of May 2021 until the Recruiting Coordinator was hired middle of April 2021 and completed training. I worked until past 6pm, other times past 7pm and 8pm. In fact, I typically would be the last car in the parking lot.

Lorena Toland supposedly agreed to the reasonable accommodation meeting with my DVR Rehabilitation Counselor treated me as an hourly employee : Though I would work more than 8 hours onsite, Lorena T. consistently lectured me during our meetings when I would be late 5 minutes, 10 minutes or 15 minutes arriving at work.

I have a Job Coach and State of Colorado Division of Vocational Rehabilitation Counselor that had met with Lorena Toland. My Job Coach met with her to discuss my concerns of Lorena Toland's persistent gaslighting between my closed doors meeting with Lorena Toland. She stated during my meeting with my job coach that she still has many tasks to give me therefore I have not met expectations.

***I will provide emails and documentations to support my statements.

Though I was exceeding the job description responsibilities, she continued to tell me that I did not deserve a raise or promotion.

All responses on the letter of determination  by Food  Bank of the Rockies supplied by Lorena Toland and Janey Griggs are lies and fabrications.

Claim 3: Age discrimination

I informed Lorena Toland followed by meeting with Erin Pulling regarding the pay disparity of employees above 40. After meeting with Erin P. the treatment towards me by both Lorena T. and Erin T. worsened. I eventually experienced a major anxiety attack while at work.

I disclosed to Janey Griggs my concern which resulted in Lorena Toland telling me to leave work earlier in the week than my last day of Friday. She said she would make me eligible for rehire but I found out she marked me not eligible for rehire. I was denied to receive unemployment claim due to Lorena Tolands derogatory and fake written counsel.

I will supply emails and documentation to support this. ***