IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03030-MEH

MARIA ARACELI CALLEJA,

    Plaintiff,

v.

FOOD BANK OF THE ROCKIES,
ERIN PULLING, President & CEO,
LORENA TOLAND, VP of HR, (current title Chief People Officer), and
JANEY GRIGGS, Controller,

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

Plaintiff has filed a Notice of Voluntary Dismissal, dismissing her claims against Defendants with prejudice. ECF 31. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that Notice is self-effectuating, and Plaintiff's claims were dismissed with prejudice as of the filing of the Notice.

The Clerk of Court shall **close** this case.

Dated and entered at Denver, Colorado, this 1st day of February, 2024.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge